RECEIVED
IN MONROE, LA
SEP 17 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-30005-2 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RONNIE RAY RADEMACHER | MAG. JUDGE KAREN L. HAYES |

## ORDER

Considering Petitioner Ronnie Ray Rademacher's Application for Issuance of a Certificate of Appealability [Doc. No. 84],

IT IS HEREBY ORDERED that a certificate of appealability shall issue pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b) on the following issue for which Petitioner has made a substantial showing of the denial of a constitutional right: whether Petitioner was prejudicially denied effective assistance of counsel in violation of the Sixth Amendment due to his counsel's failure to inform him that the government was not going file a motion for a downward departure based on substantial assistance.

MONROE, LOUISIANA, this 17 day of September, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE